UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:94-CR-289-T-17MAP

JERRY LEE HODO
_____/

**O R D E R**

This cause comes on for consideration of Defendant's motion styled "Pro Se Motion for Reconsideration" (D-162).

By order dated January 4, 2012, the Court denied Defendant's motion seeking a reduction in sentence under Amendment 750 of the Sentencing Guidelines. (D-155.) Defendant filed a notice of appeal of that order. (D-157.) By order dated March 5, 2012, the Court denied Defendant leave to appeal in forma pauperis. (D-161.) Defendant seeks reconsideration of that order.

The Court has reconsidered its March 5, 2012 order and finds that, after reviewing Defendant's arguments, there is no arguable legal issue raised by Defendant which might be resolved in his favor. As such, there is not sufficient predicate to amend the order. The Court therefore declines to amend the order in any respect.

IT IS therefore ORDERED that:

1) Defendant's motion styled "Pro Se Motion for Reconsideration" (D-162) is GRANTED to the extent that the Court has reconsidered its March 5, 2012 Order and declines to amend it in any respect. The Court's previous ruling of March 5, 2012 is CONFIRMED.

DONE AND ORDERED in Tampa, Florida, this 30th day of May, 2012.

/s/ William J. Castagna
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT